1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | RAFAEL ARROYO,

12 |    Plaintiff,

13 |   v.

14 | SAC HOSPITALITY LLC, a Delaware
Limited Liability Company,

15

16 |    Defendant.

| Case No. 2:21-cv-00274-JAM-JDP

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

**[L.R. 144 (A)]**

| Complaint Filed: | Feb. 12, 2021 |
| Complaint Served: | Feb. 17, 2021 |
| Current Response Date: | Mar. 10, 2021 |
| New Response Date: | Apr. 9, 2021 |

17
18
19
20
21
22
23
24
25
26
27
28

---

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
68683965v.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant SAC HOSPITALITY LLC shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to April 9, 2021.

**IT IS SO ORDERED**

Dated:  March 12, 2021                    /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE

1

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
68683965v.1