1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| 11 | RAFAEL ARROYO, | Case No. 2:21-cv-00274-JAM-JDP |
| --- | --- | --- |
| 12 | Plaintiff, | **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| 13 | v. | |
| 14 | SAC HOSPITALITY LLC, a Delaware Limited Liability Company, | **[L.R. 144 (A)]** |
| 15 | | |
| 16 | Defendant. | Complaint Filed: Feb. 12, 2021 |
| 17 | | Complaint Served: Feb. 17, 2021 |
| 18 | | Current Response Date: Apr. 9, 2021 |
| 19 | | New Response Date: May 10, 2021 |

20
21
22
23
24
25
26
27
28

---

ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

68760606v.1

1  In light of the Parties' Stipulation and good cause appearing therefor, the Court
2  hereby GRANTS the Parties' Stipulation and ORDERS that Defendant SAC
3  HOSPITALITY LLC shall have an extension of time of thirty-one (31) days in which to
4  respond to Plaintiff's Complaint to May 10, 2021.

**IT IS SO ORDERED**

DATED:  March 18, 2021          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE