1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAC HOSPITALITY LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00274-JAM-JDP<br><br>**ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES**<br><br>Complaint Filed:　　Feb. 12, 2021 |

69088096v.1

1  Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and
2  Deadlines, and good cause appearing, the Court ORDERS:
3  1.  All dates, deadlines, and further activity in this case are stayed pending decisions
4  by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v.*
5  *JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227
6  (collectively, "Appeals").
7  2.  The Parties shall submit a joint status report within fourteen (14) days after the
8  opinion in the last of the three cases cited herein is issued, which informs the Court how
9  the parties intend to proceed with this case in light of the rulings in the Appeals.

Dated:  April 6, 2021            /s/ John A. Mendez
                                 ―――――――――――――――――――
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE